**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| JULIE GLENNON and THOMAS E. OVERBY, JR., individually and on behalf of all other similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>ANHEUSER-BUSCH, LLC,<br><br>*Defendant*. | Case No.: 4:21-cv-00141-AWA-DEM |

**DEFENDANT ANHEUSER-BUSCH, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia, Defendant Anheuser-Busch, LLC, by its undersigned counsel, hereby states that Anheuser-Busch, LLC is an indirect subsidiary of Anheuser-Busch InBev SA/NV, which is a publicly traded corporation. Altira Group, Inc. owns 10 percent or more of Anheuser-Busch InBev SA/NV.

Except as so stated above, Anheuser-Busch, LLC does not have any parent companies, subsidiaries, or affiliates that have issued shares to the public.

//

1

2

Dated: November 26, 2021                                  Respectfully submitted,

   /s/ *Joshua K. Sekoski*
Joshua K. Sekoski (VA Bar No. 84425)
Robert G. Lian, Jr. (VA Bar No. 36406)
AKIN GUMP STRAUSS HAUER & FELD LLP
Telephone: (202) 887-4000
Facsimile:  (202) 887-4288
E-mail: jsekoski@akingump.com
        blian@akingump.com
*Attorneys for Defendant Anheuser-Busch LLC*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 26, 2021, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/ *Joshua K. Sekoski*
                                  Joshua K. Sekoski (VA Bar No. 84425)
                                  AKIN GUMP STRAUSS HAUER & FELD LLP
                                  2001 K Street N.W.
                                  Washington, D.C. 20006
                                  Telephone: (202) 887-4000
                                  Facsimile: (202) 887-4288
                                  jsekoski@akingump.com
                                  *Attorney for Defendant Anheuser-Busch LLC*