AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| JULIE GLENNON and THOMAS E. OVERBY, JR., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:21-cv-00141-AWA-DEM |
| ANHEUSER-BUSCH, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Anheuser-Busch, LLC

Date:   11/30/2021

*Attorney's signature*

Robert G. Lian, Jr. (VA Bar No. 36406)
*Printed name and bar number*

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
*Address*

blian@akingump.com
*E-mail address*

(202) 887-4000
*Telephone number*

(202) 887-4288
*FAX number*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 30, 2021, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

                                            /s/ *Robert G. Lian, Jr.*
                                            Robert G. Lian, Jr.  (VA Bar No. 36406)
                                            AKIN GUMP STRAUSS HAUER & FELD LLP
                                            2001 K Street N.W.
                                            Washington, D.C. 20006
                                            Telephone: (202) 887-4000
                                            Facsimile:  (202) 887-4288
                                            blian@akingump.com
                                            *Attorney for Defendant Anheuser-Busch LLC*