**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| JULIE GLENNON and THOMAS E. OVERBY, JR., individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case 4:21-cv-00141-AWA-DEM |
| v. | |
| ANHEUSER-BUSCH, LLC, | |
| *Defendant*. | |

**DEFENDANT'S MOTION TO STRIKE NAMED PLAINTIFFS' RULE 23 CLASS ALLEGATIONS**

Pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), Defendant Anheuser-Busch, LLC ("A-B") respectfully moves this Court to order that plaintiffs Julie Glennon and Thomas Overby (together, "Named Plaintiffs") amend their complaint [ECF #1 "Complaint"] so as to strike from it all allegations seeking class treatment under Federal Rule of Civil Procedure 23 ("Rule 23") for their second, third, and fourth causes of action.

In addition to asserting a single claim against A-B under the FLSA, Named Plaintiffs invoke Rule 23(a) and (b)(3) in seeking remedies under the Wage Payment Act (Va. Code § 40.1-29(J)) on a class-wide basis for alleged state law violations. *See* Compl. ¶¶ 58–64, 80–81, 92, 99. However, the Wage Payment Act limits representative actions to opt-in collective actions consistent with the collective action mechanism found in the Fair Labor Standards Act (29 U.S.C. § 216(b)). *See* Va. Code § 40.1-29(J). As explained in the memorandum filed herewith, applying the two-step analysis derived from *Shady Grove Orthopedic Associates, P.A. v. Allstate Insurance*

*Co.*, 559 U.S. 393 (2010), Named Plaintiffs' state law claims may only proceed as a putative opt-in collective action in the same fashion as their FLSA claim.

For this reason, A-B respectfully requests that the Court enter an order pursuant to Rule 23(d)(1)(D) requiring Named Plaintiffs to amend their Complaint to remove all allegations seeking class certification under Rule 23.

Dated: February 24, 2022

Respectfully submitted,

*/s/ Robert G. Lian, Jr.*
Robert G. Lian, Jr. (VA Bar No. 36406)
Joshua K. Sekoski (VA Bar No. 84435)
Katherine I. Heise (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
blian@akingump.com
jsekoski@akingump.com
kheise@akingump.com
*Attorneys for Defendant Anheuser-Busch, LLC*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 24, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

                 */s/ Robert G. Lian, Jr.*
                 Robert G. Lian, Jr. (VA Bar No. 36406)
                 AKIN GUMP STRAUSS HAUER & FELD LLP
                 2001 K Street N.W.
                 Washington, D.C. 20006
                 Telephone: (202) 887-4000
                 Facsimile: (202) 887-4288
                 E-mail: blian@akingump.com
                 *Attorney for Defendant Anheuser-Busch LLC*