UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JULIE GLENNON and THOMAS E. OVERBY, JR., individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ANHEUSER-BUSCH, LLC,<br><br>    *Defendant.* | Case No. 4:21-cv-00141-AWA-DEM |

### NAMED PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Named Plaintiffs, by and through their undersigned counsel, respectfully advises the Court of the following decision, which serves as a subsequently decided authority in opposition to Defendant's Motion to Strike Named Plaintiffs' Rule 23 Class Allegations (Dkt. 23):

>*Stacy et al. v. Jennmar Corporation of Virginia, Inc. et al.*, No. 1:21-cv-00015, Dkt. 52 (W.D. Va. May 6, 2022) (granting Rule 23 class certification for, *inter alia*, claims under the Virginia Wage Payment Act), attached hereto as Exhibit A.

Respectfully submitted this May 6, 2022.

                                              */s/ Gregg Greenberg*
                                              Gregg C. Greenberg
                                              Virginia State Bar No. 79610
                                              ZIPIN, AMSTER & GREENBERG, LLC
                                              8757 Georgia Avenue, Suite 400
                                              Silver Spring, Maryland 20910
                                              Telephone: (301) 587-9373
                                              Facsimile: (240) 839-9142
                                              E-Mail: ggreenberg@zagfirm.com

                                              */s/ Francisco Mundaca*
                                              Francisco Mundaca
                                              Virginia State Bar No. 96073
                                              Robert W.T. Tucci
                                              North Carolina State Bar No. 55014

*Admitted Pro Hac Vice*
Nicole Portnov
Maryland State Bar No. 21198
*Admitted Pro Hac Vice*
THE SPIGGLE LAW FIRM, PLLC
3601 Eisenhower Ave, Suite 425
Alexandria, Virginia 22304
Telephone: (202) 449-8527
Facsimile: (202) 517-9179
E-Mail: fmundaca@spigglelaw.com
        rtucci@spigglelaw.com
        nportnov@spigglelaw.com

*Counsel for Plaintiffs Julie Glennon, Thomas E. Overby, Jr., and all others similarly situated*

On May 6, 2022, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- **NAMED PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

on all the appearing and/or interested parties in this action as follows:

Robert G. Lian, Jr. (VA Bar No. 36406)
Joshua K. Sekoski (VA Bar No. 84435)
Katherine I. Heise (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
blian@akingump.com
jsekoski@akingump.com
kheise@akingump.com

*Counsel for Defendant Anheuser-Busch, LLC*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Alexandria, Virginia in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Spiggle Law Firm, PLLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PROCESS SERVER)** I delivered the foregoing document to a process server to effectuate process via personal service. Once a proof of service is received from the process server, our office will file the proof of service reflecting the date of personal service by the process server.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed on May 6, 2022, at Alexandria, Virginia.

                                                 */s/ Francisco Mundaca*
                                                 Francisco Mundaca