UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JULIE GLENNON and THOMAS E. OVERBY, JR., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANHEUSER-BUSCH, LLC,<br><br>*Defendant*. | Case 4:21-cv-00141-AWA-DEM |

### NOTICE OF CONFERRAL REGARDING CASE MANAGEMENT PLAN

Plaintiffs Julie Glennon and Thomas E. Overby, Jr. ("Named Plaintiffs") and Defendant Anheuser-Busch, LLC, ("Defendant") (Named Plaintiffs and Defendant are collectively referred to herein as the "Parties") jointly submit this notice that the Parties have conferred in response to the instruction in the Court's Interim Case Management Order, ECF No. 22 (Feb. 18, 2022), that the Parties "meet and confer on the next steps for managing the case" following rulings by the Court on Named Plaintiffs' motion for conditional certification, ECF No. 17, and Defendant's motion to strike Named Plaintiffs' Rule 23 class allegations, ECF No. 23, and have determined that they should await the Court's ruling on Defendant's emergency motion to stay proceedings, ECF No. 42 ("Motion to Stay"), before developing a case management plan. The Parties believe that the Court's ruling on Defendant's Motion to Stay will materially impact the timing and nature of further proceedings in this matter and that they will be better positioned to plot further proceedings in the case after the Motion to Stay is decided. The Parties have agreed that they will promptly confer after the Motion to Stay is decided to address next steps for managing the case.

October 6, 2022                                                                 Respectfully submitted,

BY:

 /s/ Gregg Greenberg                                                            /s/ Robert G. Lian, Jr.
Gregg C. Greenberg (VSB #79610)                     Robert G. Lian, Jr. (VSB #36406)
ZIPIN, AMSTER & GREENBERG, LLC            Joshua K. Sekoski (VSB #84425)
8757 Georgia Avenue, Suite 400                        Katherine I. Heise (admitted *pro hac vice*)
Silver Spring, Maryland 20910                             AKIN GUMP STRAUSS HAUER & FELD LLP
Telephone:     (301) 587-9373                              2001 K Street N.W.
Facsimile:      (240) 839-9142                               Washington, D.C. 20006
Email: ggreenberg@zagfirm.com                       Telephone:  (202) 887-4000
                                                                              Facsimile:   (202) 887-4288
                                                                              blian@akingump.com
 /s/ Robert W.T. Tucci                                            jsekoski@akingump.com
Robert W.T. Tucci (VSB #97446)                       kheise@akingump.com
Francisco Mundaca (VSB #96073)
Ivey Best (admitted *pro hac vice*)                      *Counsel for Defendant*
THE SPIGGLE LAW FIRM, PLLC
4830A 31st St., S., Suite A
Arlington, Virginia 22206
Telephone:     (202) 449-8527
Facsimile:      (202) 517-9179
Email: fmundaca@spigglelaw.com
Email: rtucci@spigglelaw.com

*Counsel for Named Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 6, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

      */s/ Robert G. Lian, Jr.*
Robert G. Lian, Jr. (VSB #36406)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail: blian@akingump.com

*Counsel for Defendant Anheuser-Busch, LLC*